**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jaja NEVELS, Petitioner**

No. 297 WAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

## ORDER

PER CURIAM

**AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.